AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

JAMES E. ANDERSON, SR.,

Petitioner,

JUDGMENT IN A CIVIL CASE

v.

CASE NUMBER: 2:20-CV-128

JERMAINE WHITE,

Respondent.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order dated March 13, 2024, Petitioner's objections to the Magistrate Judge's Report and Recommendation are overruled, and the Report and Recommendation is adopted as the opinion of the Court. Therefore, Petitioner's 28 U.S.C. § 2254 petition is denied, and Petitioner is denied a certificate of appealability and in forma pauperis status on appeal. This case stands closed.

Approved by: _____
HON. LISA GODBEY WOOD, JUDGE
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORIGA

Date: March 14, 2024

Clerk: John E. Triplett

(By) Deputy Clerk

GAS Rev 10/1/03